**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25807-JB**

BRIDLINGTON BUD LTD,

                *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                *Defendants*.

_____/

**NOTICE OF FILING PROPOSED SUMMONS**

     Plaintiff, BRIDLINGTON BUD LTD, files this Notice of Filing of Proposed Summonses, and respectfully requests the Clerk's issuance of the accompanying summonses for Defendants, the Partnerships, Unincorporated Associations Identified on Schedule A, attached hereto, in accordance with the Court Order authorizing alternative service of process [ECF No. 10].

December 24, 2025.                       Respectfully submitted,

                                                  /s/ Andrew Palmer
                                                  Andrew J. Palmer
                                                  Palmer Law Group, P.A.
                                                  401 E Las Olas Blvd, Suite 1400
                                                  Fort Lauderdale, FL 33301
                                                  Phone: 954-771-7050
                                                  ajpalmer@palmerlawgroup.com
                                                  *Counsel for Plaintiff*